EVELYN MCMAHON, Respondent, v. C. F. CARLSON, INC., and JOHN PANZER, Doing Business under the Name and Style of LEXINGTON GARAGE, Defendants,

Impleaded with JOHN QUINN and FELIX QUINN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.